**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1560**
_____

DAVID A. BARDES, individually, as a taxpayer,

       Plaintiff - Appellant,

    v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:11-cv-00340-CCE-JLW)

_____

Submitted:  October 28, 2014      Decided:  November 6, 2014

_____

Before MOTZ and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David A. Bardes, Appellant Pro Se.  Douglas William Hanna, GRAEBE HANNA & SULLIVAN, PLLC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Bardes appeals the district court's orders granting Massachusetts Mutual Life Insurance Company's motion for summary judgment and denying Bardes's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bardes v. Mass. Mut. Life Ins. Co., No. 1:11-cv-00340-CCE-JLW (M.D.N.C. Apr. 28, 2014 & June 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED